**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAQUEL VERDUGO,**

        **Plaintiff,**

**-vs-**                                                        **Case No. 6:06-cv-336-Orl-28KRS**

**TOTAL FACILITY SERVICES, LLC,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT (Doc. No. 11)**
>
> **FILED:**      **August 22, 2006**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

As set forth in my Amended Order to Show Cause, doc. no. 14, it does not appear that Plaintiff Raquel Verdugo has effectively served process on Defendant Total Facility Services, LLC. Verdugo did not respond to the Amended Order to Show Cause, and the time for doing so has passed.

Accordingly, I recommend that the Court vacate the default entered by the Clerk of Court, doc. no. 10, and deny the motion for entry of final default judgment. I further recommend that the Court

give Verdugo thirty days from the date of the order on this Report and Recommendation to file proof of proper service of process on Total Facility Services, LLC.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 27, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy