# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAQUEL VERDUGO,**

                 **Plaintiff,**

-vs-                                                **Case No. 6:06-cv-336-Orl-28KRS**

**TOTAL FACILITY SERVICES, LLC,**

                 **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion For Entry of Final Default Judgment (Doc. No. 11) filed August 22, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 27, 2006 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The default entered by the Clerk of Court (Doc. 10) on June 26, 2006 is **VACATED.**

3. Plaintiff's Motion For Entry of Final Default Judgment is **DENIED** without prejudice.

4. Within thirty (30) days from the date of this Order, Plaintiff shall file proof of proper service of process on Total Facility Services, LLC. Failure to do so will result in this case being dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 2__ day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party